FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 1 1 2013 ★
BROOKLYN OFFICE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X
BASHIE LOWENBEIN,

                             Plaintiff,

v.                                      Case No. 1:12-cv-3353-CBA-CLP

MERCANTILE ADJUSTMENT BUREAU,
LLC,
                             Defendant.
-------------------------------------------------------X

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties, Bashie Lowenbein, and Mercantile Adjustment Bureau, LLC, by and through counsel, hereby file this joint stipulation of dismissal with prejudice. The parties have reached a settlement and Plaintiff agrees to dismiss all claims with prejudice. The Court shall retain jurisdiction over the settlement. Each party will bear its own fees and costs.

Dated, this 9th day of January, 2013.

/s/ Adam J. Fishbein  
Adam J. Fishbein, P.C.  
483 Chestnut Street  
Cedarhurst, NY 11516  
Telephone: (516) 791-4400  
Facsimile: (516) 791-4411  
*Attorneys for Plaintiff*

/s/ Michael D. Slodov  
SESSIONS, FISHMAN, NATHAN & ISRAEL, LLC  
15 E Summit St  
Chagrin Falls, OH 44022  
440-318-1073  
Fax: 216-359-0049  
Email: mslodov@sessions-law.biz  
*Attorneys for Defendant*

SO ORDERED:

   s/Carol Bagley Amon
U.S.D.J.

1/10/13